IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

JOHN HANCOCK LIFE INSURANCE )
COMPANY (U.S.A.)[1] )
) No. 2-09-0100
v. )
)
CHERYL SULLIVAN; TYLER )
SULLIVAN; JOE H. SULLIVAN; )
VAUDA SULLIVAN; and DAPHNE )
JACOB )

O R D E R

Pursuant to the order entered April 2, 2010 (Docket Entry No. 26), counsel called the Court on April 8, 2010, at which time counsel advised that they were continuing to make progress towards a final resolution of this case, that counsel for defendants Joe Sullivan, Vauda Sullivan and Daphne Jacob ("the family defendants") had sent a proposed settlement agreement and trust agreement to counsel for Cheryl Sullivan, that counsel have scheduled a meeting on April 14, 2010, to attempt to work out language and "bank" issues, and that counsel for the family defendants plans to meet with her clients on April 16, 2010.

Counsel for the parties shall convene a telephone conference call with the Court on **Thursday, April 22, 2010, at 3:00 p.m.,** to be initiated by counsel for the family defendants, to address whether a full settlement has been reached. If the parties have made filings reflecting a settlement of this case prior to the conference call, counsel shall still convene the conference call to address attribution of the interest earned on the interpled funds, whether the settlement must be approved by the Court inasmuch as a minor child is involved, and any other matters related to a settlement in this case.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge

---

[1] By order entered January 21, 2010 (Docket Entry No. 22), the plaintiff was terminated as a party in this interpleader action.